Craig Goldblatt
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

Benjamin W. Loveland
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

Meegan F. Hollywood
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980 7400
Facsimile: (212) 980 7499
MHollywood@robinskaplan.com

Matthew M. Burke
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 859-2711
Facsimile: (617) 267-8288
MBurke@robinskaplan.com

*Counsel to Certain Underwriters at Lloyd's
Subscribing to Policy Nos. B0180PG1902346,
B0180PG1902696, B0180PG1902698,
B0180PG1902702, B0180PG1902704,
B0180PG1902707, and B0180PG1902712;
Landmark American Insurance Co.; Liberty Mutual
Fire Insurance Co.; Starr Surplus Lines Insurance
Co.; and Steadfast Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CENTURY 21 DEPARTMENT STORES, LLC, et al.[1]<br><br>Debtors., | Chapter 11<br><br>Case No. 20-bk-12097 (SCC)<br><br>Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Century 21 Department Stores LLC (4073), L.I. 2000, Inc. (9619), C21 Department Stores Holdings LLC (8952), Giftco 21 LLC (0347), Century 21 Fulton LLC (4536), C21 Philadelphia LLC (2106), Century 21 Department Stores of New Jersey, L.L.C. (1705), Century 21 Gardens of Jersey, LLC (9882), C21 Sawgrass Blue, LLC (8286), C21 GA Blue LLC (5776), and Century Paramus Realty LLC (5033). The Debtors' principal place of business is: 22 Cortlandt Street, 5th Floor, New York, NY 10007.

CENTURY 21 DEPARTMENT STORES, LLC, 66
PEARL RETAIL, LLC, 66 PEARL RETAIL II, LLC, 66
PEARL RETAIL ISG, LLC, 173 BWAY BLUE LLC, 262
MOTT BLUE TIC LLC, 444 86 BLUE LLC, MIAMI DD
101 BLUE LLC, 28 NEWBURY JSRE TIC LLC, TRUE
BLUE ASSOCIATES LLC, STAR OF DAVID,
IRAYMOND-77 WARREN LLC, SABRA ASSOCIATES
LLC, 315 SEVENTH RETAIL LLC, WEBWAY
ASSOCIATES LLC, and CENTURY 21, INC.,                        Adv. Proc. No. 20-1222 (SCC)

                    Plaintiffs,

                          v.

STARR SURPLUS LINES INSURANCE CO., ALLIANZ
GLOBAL RISKS US INSURANCE CO., AXIS SURPLUS
LINES INSURANCE CO., LIBERTY MUTUAL FIRE
INSURANCE CO., STEADFAST INSURANCE CO.,
ENDURANCE AMERICAN SPECIALTY INSURANCE
CO., EVANSTON INSURANCE CO., LANDMARK
AMERICAN INSURANCE CO., QBE SPECIALTY
INSURANCE CO., GREAT AMERICAN FIDELITY
INSURANCE CO., and CERTAIN UNDERWRITERS AT
LLOYDS SUBSCRIBING TO POLICY Nos. PG1902704,
PG1902346, PG1902696, PG1902698, PG1902707,
PG1902702, and PG1902712,

                    Defendants.

## RULE 9027(e)(3) STATEMENT OF CERTAIN INSURERS

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), defendants Certain

Underwriters at Lloyd's Subscribing to Policy Nos. B0180PG1902346, B0180PG1902696,

B0180PG1902698, B0180PG1902702, B0180PG1902704, B0180PG1902707, and

B0180PG1902712; Landmark American Insurance Co.; Liberty Mutual Fire Insurance Co.; Starr

Surplus Lines Insurance Co.; and Steadfast Insurance Company ("Certain Insurers"), provide the

following statement in response to the above-captioned plaintiffs' ("Plaintiffs") Notice of

Removal [ECF No. 1]:

1.    Certain Insurers deny Plaintiffs' allegation that the action pending in New York State Supreme Court, New York County, under Index No. 652975/2020 (the "Insurance Action"), against Certain Insurers and other defendants, constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A), (C) or (O) or otherwise.

2.    Certain Insurers admit Plaintiffs' allegation that the Insurance Action constitutes a non-core proceeding that is "related to" the above-captioned chapter 11 case for purposes of 28 U.S.C. §1334(b).

3.    Pursuant to 28 U.S.C. § 157(c)(2), Certain Insurers do not consent to the entry of final orders or judgment by the bankruptcy court.

4.    Certain Insurers reserve all rights, claims, actions and defenses, including, without limitation, the right to seek abstention, remand, or withdrawal of the reference.

Dated: September 25, 2020

*/s/ Benjamin W. Loveland*

Craig Goldblatt (*pro hac vice* motion forthcoming)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW, Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

Benjamin W. Loveland (*pro hac vice* motion forthcoming)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

– and –

3

Meegan F. Hollywood
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980 7400
Facsimile: (212) 980 7499
MHollywood@robinskaplan.com

Matthew M. Burke (*pro hac vice*
motion forthcoming)
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 859-2711
Facsimile: (617) 267-8288
MBurke@robinskaplan.com

*Counsel to Certain Underwriters at
Lloyd's Subscribing to Policy Nos.
B0180PG1902346, B0180PG1902696,
B0180PG1902698, B0180PG1902702,
B0180PG1902704, B0180PG1902707,
and B0180PG1902712; Landmark
American Insurance Co.; Liberty
Mutual Fire Insurance Co.; Starr
Surplus Lines Insurance Co.; and
Steadfast Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 25th day of September 2020, a true and correct copy of the foregoing *Rule 9027(e)(3) Statement of Certain Insurers* was served upon all counsel of record using the Court's CM/ECF system.

_/s/ Benjamin W. Loveland_

Benjamin W. Loveland
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

*Counsel to Certain Underwriters at Lloyd's
Subscribing to Policy Nos. B0180PG1902346,
B0180PG1902696, B0180PG1902698,
B0180PG1902702, B0180PG1902704,
B0180PG1902707, and B0180PG1902712,
Landmark American Insurance Co., Liberty
Mutual Fire Insurance Co., Starr Surplus Lines
Insurance Co., and Steadfast Insurance Co.*