UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CENTURY 21 DEPARTMENT STORES, LLC, *et al.*[1]<br><br>                Debtors.<br><br>. | **Chapter 11**<br><br>**Case No. 20-bk-12097 (SCC)**<br><br>**Jointly Administered** |
| CENTURY 21 DEPARTMENT STORES, LLC,<br>66 PEARL RETAIL, LLC, 66 PEARL RETAIL II, LLC, 66 PEARL RETAIL ISG, LLC, 173 BWAY BLUE LLC, 262 MOTT BLUE TIC LLC, 444 86 BLUE LLC, MIAMI DD 101 BLUE LLC, 28 NEWBURY JSRE TIC LLC, TRUE BLUE ASSOCIATES LLC, STAR OF DAVID,<br>IRAYMOND-77 WARREN LLC, SABRA ASSOCIATES LLC, 315 SEVENTH RETAIL LLC,<br>WEBWAY ASSOCIATES LLC, and CENTURY 21, INC.,<br><br>                Plaintiffs,<br>                    v.<br><br>STARR SURPLUS LINES INSURANCE CO.,<br>ALLIANZ GLOBAL RISKS US INSURANCE CO.,<br>AXIS SURPLUS LINES INSURANCE CO.,<br>LIBERTY MUTUAL FIRE INSURANCE CO.,<br>STEADFAST INSURANCE CO.,<br>ENDURANCE AMERICAN SPECIALTY INSURANCE CO.,<br>EVANSTON INSURANCE CO.,<br>LANDMARK AMERICAN INSURANCE CO.,<br>QBE SPECIALTY INSURANCE CO.,<br>GREAT AMERICAN FIDELITY INSURANCE CO.,<br>and CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBING TO POLICY Nos. PG1902704, PG1902346, PG1902696, PG1902698, PG1902707, PG1902702, and PG1902712,<br><br>                Defendants. | **Adv. Proc. No. 20-1222 (SCC)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Century 21 Department Stores LLC (4073), L.I. 2000, Inc. (9619), C21 Department Stores Holdings LLC (8952), Giftco 21 LLC (0347), Century 21 Fulton LLC (4536), C21 Philadelphia LLC (2106), Century 21 Department Stores of New Jersey, L.L.C. (1705), Century 21 Gardens of Jersey, LLC (9882), C21 Sawgrass Blue, LLC (8286), C21 GA Blue LLC (5776), and Century Paramus Realty LLC (5033). The Debtors' principal place of business is: 22 Cortlandt Street, 5th Floor, New York, NY 10007.

1

## STATEMENT OF DEFENDANT ENDURANCE AMERICAN SPECIALTY INSURANCE CO. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)

1. Defendant Endurance American Specialty Insurance Company ("Endurance"), by and through its undersigned counsel, states that it does not consent to the entry of final orders or judgments by the Bankruptcy Court.

2. Defendant Endurance does not waive and expressly reserves all of its respective rights, claims, defenses and remedies, including without limitation: (a) the right to request that the Court abstain from hearing this proceeding or remand this proceeding; (b) the right to demand a jury trial; and (c) the right to request that the reference of this proceeding to this Court be withdrawn.

Dated: New York, New York
September 25, 2020

                                                      CLYDE & CO US LLP

                                                     By:   /s/Corey R. Greenwald
                                                           Corey R. Greenwald
                                                           William M. Cooney

                                                     The Chrysler Building
                                                     405 Lexington Avenue, 16th Floor
                                                     New York, New York 10174
                                                     Tel: (212) 710-3900
                                                     Fax: (212) 710-3950
                                                     Email: corey.greenwald@clydeco.us
                                                                 william.cooney@clydeco.us

                                                     *Attorneys for Defendant Endurance*
                                                        *American Specialty Insurance Co.*

# **CERTIFICATE OF SERVICE**

I, Corey R. Greenwald, hereby certify that on the 25th day of September, 2020, I caused to be served the Statement of Defendant Endurance American Specialty Insurance Co. Pursuant to Federal Rule of Bankuptcy Procedure 9027(e)(3) by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York; and (2) US mail, to the parties on the attached service list.

Dated: New York, New York
September 25, 2020

                                                          CLYDE & CO US LLP

                                                          By:    /s/Corey R. Greenwald
                                                                 Corey R. Greenwald
                                                                 William M. Cooney

                                                          The Chrysler Building
                                                          405 Lexington Avenue, 16th Floor
                                                          New York, New York 10174
                                                          Tel: (212) 710-3900
                                                          Fax: (212) 710-3950
                                                          Email: corey.greenwald@clydeco.us
                                                                        william.cooney@clydeco.us

                                                         *Attorneys for Defendant Endurance*
                                                           *American Specialty Insurance Co.*

**Service List**

Steve Y. Ma
Lucy Kweskin
Proskauer Rose LLP (NYC)
11 Times Square
New York, NY 10036
(212) 969-3488
sma@proskauer.com
lkweskin@proskauer.com

*Attorney for Plaintiffs*

Meegan F. Hollywood
Robins Kaplan LLP (NYC)
399 Park Avenue, 36th Floor
New York, NY 10022
(212) 980-7400
Mfhollywood@rkmc.com

*Attorney for Defendant Starr Surplus Lines Insurance Co., Steadfast Insurance Co., Landmark Insurance Co., Liberty Mutual Fire Insurance Co., Certain Underwriters At Lloyds Subscribing To Policy Nos. PG1902704, PG1902346, PG1902696, PG1902698, PG1902707, PG1902702, and PG1902712*

Kristin Vonderhorst Gallagher
Kennedys
120 Mountain View Boulevard P.O. Box 650
Basking Ridge, NJ 07920
(908) 848-6300
Kristin.Gallagher@kennedyslaw.com

Joanna Lyn Young
Kennedys CMK LLP
570 Lexington Avenue 8th Floor
New York, NY 10022
(212) 252-0004
Joanna.Young@kennedyslaw.com

*Attorneys for Axis Surplus Lines Insurance Co.*

Isabella Karlina Stankowski-Booker
Zelle, LLP
45 Broadway, Suite 720
New York, NY 10006
(864) 766-9998
istankowski@zelle.com

*Attorney for QBE Specialty Insurance Company*

Jamila Justine Willis
Michael D. Hynes
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
jamila.willis@dlapiper.com
michael.hynes@dlapiper.com

*Attorneys for Allianz Global Risks US Insurance Co.*